1  BENJAMIN B. WAGNER
   United States Attorney
2  YOSHINORI H. T. HIMEL #66194
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2760

5  Attorneys for Defendant

6

7

8          IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 NANCY LEROY,                            2:09-cv-02080-GEB-JFM

12         Plaintiff,                      **STIPULATION AND REQUEST TO
                                           CONTINUE DATES REGARDING
13     v.                                  DEFENDANT'S MOTION FOR
                                           SUMMARY JUDGMENT;  ORDER
14 CENTRAL INTELLIGENCE AGENCY,            ADOPTING STIPULATION**

15         Defendant.

16

17     Defendant the Central Intelligence Agency and Plaintiff Nancy LeRoy, through their

18 respective counsel, hereby enter into this stipulation and request the Court to continue the dates

19 regarding Defendant's motion for summary judgment.

20                                  **RECITALS**

21     1.   Yoshinori H. T. Himel is the Assistant United States Attorney assigned to represent

22 Defendant in this matter.

23     2.   On October 19, 2009, the parties submitted a Joint Status Report wherein the parties

24 stipulated that Defendant's response to Plaintiff's complaint would be due on or before December 16,

25 2009, and that the response would be by way of a motion for summary judgment pursuant to Rule 56

26 of the Federal Rules of Civil Procedure.

27     3.   On October 23, 2009, the Court adopted the parties' proposed schedule in its Status

28 (Pretrial Scheduling) Order wherein the Court ordered that Defendant shall file a motion for summary

1  judgment on or before December 16, 2009; Plaintiff shall file an opposition on or before January 13,
2  2010; Defendant shall file a reply on or before January 27, 2010, and the matter would be scheduled
3  for hearing before this Court on February 22, 2010 at 9:00 a.m.

4       4.      Mr. Himel has been out of the office sick from approximately December 7, 2009, and
5  his return to the office is presently unknown. Mr. Himel is the only attorney in the United States
6  Attorney's Office who as worked on the case and has knowledge of the facts and issues related to
7  Defendant's anticipated motion for summary judgment.

8       5.      Because of Mr. Himel's absence, it is in the interests of justice and the expeditious
9  resolution of this case to continue the dates regarding Defendant's motion for summary judgment
10 thirty days.

**STIPULATION**

Based on the foregoing, the parties hereby stipulate and request the Court to continue the dates regarding Defendant's motion for summary judgment as follows:

1. Defendant's motion for summary judgment shall be due on or before January 15, 2010;
2. Plaintiff's opposition to the motion for summary judgment shall be due on or before February 12, 2010;
3. Defendant's reply to the opposition shall be due on or before February 26, 2010; and
4. The hearing on the motion shall be set on the Court's calendar for March 22, 2010 at 9:00 .am.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 15, 2009             BENJAMIN B. WAGNER
                                        United States Attorney

By:   */s/ Todd A. Pickles*
       TODD A. PICKLES
       Assistant U. S. Attorney

       *for* YOSHINORI H. T. HIMEL
       Assistant U.S. Attorney

       Attorneys for Defendant

Dated: December 15, 2009                                    FIRST AMENDMENT PROJECT

                                                     By:   */s/ David A. Greene*
                                                           JAMES R. WHEATON
                                                           DAVID A. GREENE

                                                           Attorneys for Plaintiff

## ORDER

This matter came before the Court on the parties' Stipulation and Request to Continue the Dates Regarding Defendant's Motion for Summary Judgment. For the reasons set forth in the foregoing Stipulation and for good cause showing, the Court ADOPTS the dates in the Stipulation and CONTINUES the hearing for Defendant's motion for summary judgment to March 22, 2010 at 9:00 a.m.

**IT IS ORDERED.**

Dated: December 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge