IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NANCY LEROY,

      Plaintiff,                    No. 2:09-cv-02080 GEB KJN

    vs.

CENTRAL INTELLIGENCE AGENCY,

      Defendant.               ORDER

/

The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455(b)(3). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court refer this case back to the Honorable John F. Moulds, United States Magistrate Judge, for any further proceedings which may be appropriate or required.

DATED: February 16, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1